UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: CARL L. MCNEESE AND<br>MELANIE J. SWAFFORD,<br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO. R20-40827-BEM<br><br>JUDGE   ELLIS-MONRO |

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor(s)' payments under the proposed plan are not current.

    2.  The Debtors appeared at the meeting of creditors but the Trustee was unable to conduct the meeting as the Debtors did not wish to proceed.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

August 13, 2020

                                                             /s
                                     Albert C. Guthrie, Esq.
                                     for Chapter 13 Trustee
                                     GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R20-40827-BEM

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

CARL L. MCNEESE
171 STAFFORD WAY
COHUTTA, GA 30710-7824

MELANIE J. SWAFFORD
171 STAFFORD WAY
COHUTTA, GA 30710-7824

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 14th day of August, 2020


          /s
_____
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com